UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JORDEN CHANCE KULHANEK,

    Petitioner,    Case No. 1:19-cv-155

v.    Honorable Paul L. Maloney

LES PARISH,

    Respondent.
_____/

## **JUDGMENT**

  In accordance with the order entered this day:

  **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order.


Dated: June 7, 2019    /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge